# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| THE IPE CLIP FASTENER COMPANY, LLC | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8:16-CV-02862-SDM-TGW |
| SIMPSON STRONG-TIE COMPANY, INC. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SIMPSON STRONG-TIE COMPANY, INC.
C/O Corporation Service Company
1200 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Todd Timmerman
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 336023
Telephone (813) 229-7600 ; Fax (813) 229-1660
ttimmerman@slk-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC - 1 2016

_____
*Signature of Clerk or Deputy Clerk*