UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE IEP CLIP FASTENER CO., LLC,

    Plaintiff,

v.                                   CASE No. 8:16-CV-2862-T-23TGW

SIMPSON STRONG-TIE CO., INC.

    Defendant.

_____

ORDER

The parties have filed a Stipulated Protective Order (Doc. 20-1) to preserve the confidentiality of certain documents. It discusses confidential documents and testimony in the context of court proceedings (id., pp. 6, 8). In this respect, the parties are reminded that Local Rule 1.09 requires the parties to file a motion, and wait for it to be granted, before filing documents under seal with the court. Local Rule 1.09 also provides:

> (a) Unless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each item proposed for sealing, (ii) the reason that filing each

item is necessary, (iii) the reason that sealing each item is necessary, (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal, (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the clerk any item proposed for sealing unless the Court has granted the motion required by this section....

(b) If filing under seal is authorized by statute, rule, or order (including an order requiring or permitting a seal and obtained pursuant to (a) of this rule), a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal Pursuant to [Statute, Rule, or Order]" and which includes (i) a citation to the statute, rule, or order authorizing the seal; (ii) an identification and description of each item submitted for sealing; (iii) a statement of the proposed duration of the seal; and (iv) a statement establishing that the items submitted for sealing are within the identified statute, rule, or order the movant cites as authorizing the seal. The movant shall submit to the clerk along with a motion under this section each item proposed for sealing.

It is, therefore, upon consideration,

ORDERED:

That the Stipulated Protective Order (Doc. 20-1) is approved, with the caveat that proposed confidential submissions to the court must

comply with Local Rule 1.09. The Clerk is hereby **DIRECTED** to file the attached Stipulated Protective Order (Doc. 20-1).

DONE and ORDERED at Tampa, Florida, this 19th day of April, 2017.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE