UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE IPE CLIP FASTENER                    :
CO. LLC, etc.                            :
v.                                       : CASE NO. 8:16-CV-2862-23TGW
                                         :
SIMPSON STRONG-TIE                       :
COMPANY, INC., etc.                      :

ORDER

This cause came on for consideration upon Defendant Simpson Strong-Tie Company Inc.'s Unopposed Motion to File Under Seal (Doc. 24) a licensing agreement and amendment thereto. As justification for filing these documents under seal the defendant states, in a conclusory manner, that "[t]he parties have contractually agreed to keep the terms and conditions of the agreements confidential" (id., p. 1).

The circumstance does not a constitute a meaningful showing that the sealing of these documents is necessary, as required by Local Rule 1.09. See also Middle District Discovery Manual (2015) at §I.C.2 (noting that "no paper may be filed under seal without...the demonstration of a sufficient legal and factual basis").

The sealing of documents is disfavored for several reasons, including encroachment on a public's right to access, and the significant burden it imposes on the Clerk's Office.  Consequently, the Middle District Discovery Manual (2015) at §I.C.2 advises litigants that "the Court wishes to minimize the number of documents filed under seal" and will permit the sealing of documents under seal only in "certain limited circumstances."

It is, therefore, upon consideration,

ORDERED:

That Defendant Simpson Strong-Tie Company Inc.'s Unopposed Motion to File Under Seal (Doc. 24) be, and the same is hereby, **DENIED without prejudice.**

DONE and ORDERED at Tampa, Florida, this 18th day of May, 2017.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE