UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE IPE CLIP FASTENER  
CO., LLC,

v.  : CASE No. 8:16-CV-2862-T-23TGW

SIMPSON STRONG-TIE  
COMPANY, INC

<u>O R D E R</u>

THIS CAUSE came on for consideration upon Simpson Strong-Tie Company, Inc.'s Motion to Compel Discovery Responses (Doc. 26). The motion to compel fails to comply with Local Rule 3.04(a), which states:

> A motion to compel discovery pursuant to ... Rule 37, Fed. R. Civ. P., shall include quotation in full of each interrogatory...[and] request for production to which the motion is addressed, each of which shall be followed immediately by quotation in full of the objection and grounds therefor as stated by the opposing party, or the answer or response which is asserted to be insufficient, immediately followed by a statement of the reason the motion should be granted.

Although the movant quotes the plaintiff/counter-defendant's objections after each discovery request, the reasons why the discovery requests should be granted do not immediately follow <u>each</u> request and objection. Following that format assists the court in resolving the numerous discovery responses that are allegedly insufficient.

It is, therefore, upon consideration

ORDERED:

That Simpson Strong-Tie Company, Inc.'s Motion to Compel Discovery Responses (Doc. 26) be, and the same is hereby, **DENIED WITHOUT PREJUDICE**.

DONE and ORDERED at Tampa, Florida, this 22nd day of May, 2017.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE