UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE IPE CLIP FASTENER
COMPANY, LLC,
v.                                                              CASE No. 8:16-CV-2862-T-23TGW

SIMPSON STRONG-TIE
CO., INC.,

---

## O R D E R

THIS CAUSE came on for consideration upon the Joint Motion to Extend Deadlines (Doc. 57).

It is, upon consideration,

ORDERED:

That the Joint Motion to Extend Deadlines (Doc. 57) is **GRANTED**, and the deadlines are modified as follows:

| | |
|---|---|
| Plaintiff's Claim Construction Brief: | September 18, 2017 |
| Defendant's Responsive Brief: | October 19, 2017 |
| Joint Pre-Hearing Statement: | November 20, 2017 |
| Claim Construction Hearing: | On or after December 14, 2017. |
| Discovery Cut-Off: | November 30, 2017 |
| Expert Disclosure/ Amend Infringement Contentions: | January 25, 2018 |

DONE and ORDERED at Tampa, Florida, this 8th day of September, 2017.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE