**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE IPE CLIP FASTENER COMPANY,
LLC,

    Plaintiff,

v.                                                 Case No.: 8:16-cv-02862-SDM-TGW

SIMPSON STRONG-TIE COMPANY,
INC.,

    Defendant.
_____

SIMPSON STRONG-TIE COMPANY,
INC.,

    Counter-Claimant,

v.

THE IPE CLIP FASTENER COMPANY,
LLC,

    Counter-Defendant,
_____/

## JOINT STATUS REPORT

Pursuant to the Court's December 14, 2018 order dissolving the stay and re-opening this action, Defendant, Simpson Strong-Tie Company, Inc. ("Simpson") and Plaintiff, The Ipe Clip Fastener Company, LLC ("Ipe Clip"), by and through their undersigned counsel, hereby provide the following joint status report and proposed case schedule.

**Brief Summary Regarding Re-Examination**

In 2017, after this action had been initiated, Ipe Clip sought re-examination of the two patents at issue in this case: United States Patent Nos. 8,874,113 ("'113 Patent") and

8,161,702 ("'702 Patent")(collectively, the "Patents"). In October 2017, this case was stayed pending re-examination of the Patents. As set forth in Ipe Clip's Motion to Lift Stay [Dkt. No. 66], the re-examination of the Patents has been completed, and on November 5, 2018, the re-examination certificates for the Patents were issued.

In the case of both Patents, the re-examinations resulted in the cancellation of some claims, the confirmation of the patentability of others, and the issuance of several new claims. Specifically, in the reexamination of the '113 Patent, the PTO cancelled Claims 1-9, 14, 21, 22, 24, 26-29 and 33-41; the PTO confirmed the patentability of Claims 10-13, 15-20, 23, 25 and 30-32; and the PTO determined that new Claim 42 is patentable. In the reexamination of the '702 Patent, the PTO cancelled Claims 1-4, 7-14, 17- 23 and 25; the PTO confirmed the patentability of Claims 5, 6, 15, 16 and 24; and the PTO determined that new Claims 26-29 are patentable. The upshot of these determinations by the PTO is that, while some claims that Simpson had been asserting against Ipe Clip are no longer at issue, some existing and new claims remain at issue, and the parties' respective causes of action related to these claims must be adjudicated by the Court.

**Brief Summary Regarding Case Status**

Throughout 2017, until the case was stayed in October 2017, the parties engaged in litigation activities. These activities included propounding and responding to written discovery, exchanging information in connection with the parties' patent claims and defenses (such as infringement contentions, invalidity contentions, and proposed claim constructions), and filing certain pleadings in connection with the claim construction

hearing, including a joint claim construction statement and respective claim construction briefs. *See* Dkt. Nos. 34, 61, 64. The parties also filed a number of motions, two of which were pending when the stay was granted and which remain pending before Magistrate Judge Wilson. First, Simpson filed a pending motion to compel discovery [Dkt. No. 28] on May 25, 2017. Ipe responded to the motion to compel on June 13, 2017 [Dkt. No. 32]. Second, Ipe Clip filed a motion to bifurcate discovery on damages and liability on July 3, 2013 [Dkt. No. 40]. Simpson responded to the bifurcation motion on July 13, 2017 [Dkt. No. 44].

**Proposed Case Schedule**

Given the changes to the asserted claims as a result of the re-examinations after the parties had already completed the exchange of patent-specific information and the bulk of their submission of claim construction pleadings, the parties believe that it is in the best interest of the parties and the Court for the parties to exchange amended information and file amended pleadings per the results of the re-examinations. The first portion of the proposed schedule below thus seeks to promptly and efficiently update the existing record in advance of the claim construction hearing, which the parties propose to hold in August 2019. The second portion of the proposed schedule below generally follows the standard, previously-ordered schedule from the claim construction hearing date to trial, which the parties propose to hold in May 2020. (The parties recognize that amendment of any pleading requires approval of the Court and is typically sought by written motion. Given the status described above and the desire for efficiency, the parties respectfully request the Court's approval of the proposed schedule, including the right to

file amended pleadings as identified below, absent a formal written motion. If the Court requires a motion for leave to file any or all of the proposed amended pleadings, the parties will, of course, do so.)

For the foregoing reasons, the parties hereby propose the following schedule:

| Event | Date |
|---|---|
| Simpson to File Amended Counterclaim | 1/18/19 |
| Ipe Clip to File Amended Answer to Counterclaim | 2/1/19 |
| Simpson to Serve Amended Infringement Contentions | 2/8/19 |
| Ipe Clip to Serve Amended Invalidity/Non-Infringement Contentions | 3/8/19 |
| Simpson to Serve Exchange Amended Validity Contentions | 4/5/19 |
| File Amended Joint Claim Construction Statement | 5/5/19 |
| File Amended Plaintiff's Claim Construction Brief | 5/24/19 |
| File Amended Defendant's Responsive Claim Construction Brief | 6/28/19 |
| File Joint Pre-Hearing Statement | 7/12/19 |
| Claim Construction Hearing | 8/23/19 |
| Disclosure of Intent to Rely on Advice of Counsel as a Defense | 9/20/19 |
| Completion of Fact Discovery | 10/25/19 |
| Final Amendment of Infringement, Non-Infringement, and Validity Contentions | 11/22/19 |
| Disclosure of Expert Reports Where the Party Bears the Burden of Proof | 11/22/19 |
| Disclosure of Expert Rebuttal Reports | 12/23/19 |
| Close of Expert Discovery | 1/24/20 |
| Deadline to File Dispositive Motions | 2/28/20 |
| Pretrial Conference | April 2020 |
| Trial | May 2020 |

.

Dated: January 15, 2019  Respectfully submitted,

/s/ Jennifer L. Friedman
Jennifer L. Friedman, Esq.
Schröder, Joseph & Associates, LLP
392 Pearl Street, Suite 301
Buffalo, New York 14202
Telephone No.: (716) 881-4900
Facsimile No.: (716) 881-4909
jfriedman@sjalegal.com

/s/ Erick C. Howard
Erick C. Howard
Joseph V. Mauch
Arthur J. Shartsis
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Telephone No.: (415) 421-6500
ehoward@sflaw.com

01435\189\8322773.v3

J. Todd Timmerman
Florida Bar No. 0956058
ttimmerman@slk-law.com
Mindi M. Richter
Florida Bar No. 0044827
mrichter@slk-law.com
Jeffrey B. Fabian
Florida Bar No. 0085868
jfabian@sIk-law.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard, Suite 2800
Tampa, Florida 33602
Telephone No.: (813) 229-7600
Facsimile No.: (813) 229-1660

*Attorneys for Plaintiff*
*The Ipe Clip Fastener Company, LLC*

jmauch@sflaw.com
ashartsis@sflaw.com

Michael J. Colitz, III
Florida Bar No. 164348
Gray Robinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Telephone No.: (813) 273-5000
Facsimile No.: (813) 273-5145
michael.colitz@gray-robinson.com

*Attorneys for Defendant*
*Simpson Strong-Tie Company, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

                                                s/ Michael J. Colitz
                                                Attorney