UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IPE CLIP FASTENER
COMPANY, LLC,

    Plaintiff,

v.                                                    CASE NO. 8:16-cv-2862-T-23TGW

SIMPSON STRONG-TIE
COMPANY, INC.,

    Defendant.
_____/

**AMENDED SCHEDULING ORDER**

    1.     With the following exceptions, the parties must conform to the deadlines proposed in the status report (Doc. 70):

        Defendant's amended counterclaim — **FEBRUARY 4, 2019**

        Plaintiff's amended answer to counterclaim — **FEBRUARY 18, 2019**

        Defendant to serve amended infringement contentions —

        **FEBRUARY 25, 2019**

    2.     On October 10, 2017, the clerk administratively closed the case, terminated the pending motion to compel discovery (Doc. 28) and terminated the pending motion (Doc. 40) to bifurcate discovery. No later than **FEBRUARY 18, 2019**, the defendant can re-file the motion to compel discovery and the plaintiff can

re-file the motion to bifurcate discovery.  No later than **MARCH 4, 2019**, the parties must respond to a re-filed motion.

    3.     Under Local Rules 3.05(c)(2)(E) and 3.05(c)(3)(D), either a motion to amend a pleading or a motion to continue a hearing, the pretrial conference, or the trial is distinctly disfavored after issuance of this order.

    4.     The pretrial conference will occur before Magistrate Judge Thomas G. Wilson in Courtroom 12A, United States Courthouse, 801 North Florida Avenue, Tampa, on **APRIL 7, 2020, at 11:00 A.M.**

> A DISCOVERY DISPUTE FOR WHICH THE PARTIES SEEK JUDICIAL RESOLUTION MUST BE ADDRESSED AT OR BEFORE THE PRETRIAL CONFERENCE, NOT AT TRIAL. THE PARTIES MAY AGREE ON ANY DISCOVERY MATTER, BUT, UNLESS ADDRESSED AT THE PRETRIAL CONFERENCE, EACH PARTY ASSUMES THE RISK OF NON-COMPLIANCE BY THE OTHER PARTY.

    5.     The lead trial counsel must attend the pretrial conference.

    6.     A **jury** trial will occur in Courtroom 15A, United States Courthouse, 801 North Florida Avenue, Tampa, during the **MAY 2020** trial term.

    7.     At least five days before the monthly trial term, the parties must file:

        (a)    a trial brief with citations of authority and with argument of the disputed issues likely to arise at trial;

        (b)    a concise (preferably one paragraph) joint statement of the action for presentation to the venire;

      (c)    proposed jury instructions;

      (d)    proposed verdict forms; and

      (e)    proposed voir dire.

ORDERED in Tampa, Florida, on January 29, 2019.

                                      STEVEN D. MERRYDAY
                                      UNITED STATES DISTRICT JUDGE