## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THE IPE CLIP FASTENER COMPANY,
LLC,

       *Plaintiff/Counterclaim*
*Defendant,*

v.                                 Case No.: 8:16-cv-02862-SDM-TGW

SIMPSON STRONG-TIE COMPANY,
INC.,

       *Defendant/Counterclaim*
*Plaintiff.*

_____/

## UNOPPPOSED MOTION FOR
## EXTENSION OF CLOSE OF DISCOVERY

Plaintiff/Counterclaim Defendant, The Ipe Clip Fastener Company, LLC ("Ipe Clip"),

by and through its undersigned attorneys and pursuant to Rule 6(b) of the Federal Rules of

Civil Procedure, moves for an enlargement of time to and including November 8, 2019, to

complete fact discovery, and in support states as follows:

1.      Fact discovery currently closes in this case on October 25, 2019.  *See* Dkts. 70

and 71.

2.      The parties have been diligently working to complete fact discovery.

3.      Plaintiff has three remaining depositions to take, including the Fed. R. Civ. P.

30(b)(6) deposition of Defendant/Counterclaim Plaintiff, Simpson Strong-Tie Company, Inc.

("Simpson").  Due to scheduling issues over the next few weeks, the parties have agreed to conduct those depositions on November 6 and 8, 2019.

4.      So that all fact discovery may be completed within the discovery period in the event any issue arises that requires resolution by this Court, Ipe Clip requests that the close of fact discovery be briefly extended from October 25, 2019 to and including November 8, 2019.

5.      The requested enlargement of time will not impact any other deadline in this case.  The pretrial conference in the case is not until April 7, 2020, and trial is currently set during the May 2020 trial term.

6.      Counsel for Ipe Clip has conferred with counsel for Simpson, and Simpson does not oppose this enlargement of time.

7.      Pursuant to Fed. R. Civ. P. 6(b), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

8.      Ipe Clip submits that the foregoing constitutes good cause for this Court to briefly extend the close of fact discovery as requested to and including November 8, 2019.

WHEREFORE, Ipe Clip requests that the Court grant an enlargement of time for the parties to complete fact discovery to and including November 8, 2019.

Dated: October 15, 2019

Respectfully submitted,

/s/ J. Todd Timmerman
J. Todd Timmerman
Florida Bar No. 0956058
ttimmerman@slk-law.com
Mindi M. Richter
Florida Bar No. 0044827
mrichter@slk-law.com
Jeffrey B. Fabian
Florida Bar No. 0085868
jfabian@sIk-law.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard, Suite 2800
Tampa, Florida 33602
Telephone No.: (813) 229-7600
Facsimile No.: (813) 229-1660

Jennifer L. Friedman, Esq.
Schröder, Joseph & Associates, LLP
392 Pearl Street, Suite 301
Buffalo, New York 14202
Telephone No.: (716) 881-4900
Facsimile No.: (716) 881-4909
jfriedman@sjalegal.com

*Attorneys for Plaintiff, The Ipe Clip Fastener Company, LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

I HEREBY CERTIFY that I have conferred with counsel for Defendant in a good faith effort to resolve the issues raised by this Motion, and counsel for Defendant does not oppose the relief sought in this Motion.

/s/ J. Todd Timmerman
J. Todd Timmerman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ J. Todd Timmerman
Attorney