**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

---

**THE IPE CLIP FASTENER**
**COMPANY, LLC,**

|                                     |                                |
|-------------------------------------|--------------------------------|
| **Plaintiff,**                      | **Case No.: 8:16-cv-02862-SDM-TGW** |

**v.**

**SIMPSON STRONG-TIE COMPANY,**
**INC.,**

**Defendant.**

---

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

Pursuant to Local Rule 3.08, Plaintiff The Ipe Clip Fastener Company, LLC and Defendant Simpson Strong-Tie Company, Inc. hereby jointly advise the Court that the Parties have entered into a Settlement Agreement to compromise and settle the above-captioned action.

WHEREFORE, pursuant to Fed. R. Civ. P. 41, the Parties stipulate and respectfully move the Court to dismiss with prejudice the Plaintiff's Claims against Defendant and Defendant's Counterclaims against Plaintiff. Plaintiff and Defendant will bear their own costs and attorneys' fees in the above-captioned action; and, the Court shall maintain jurisdiction to enforce the Settlement Agreement if necessary.

Dated: December 18, 2019                    Respectfully submitted,

/s/ Jennifer L. Friedman                    /s/ Joseph V. Mauch
Jennifer L. Friedman, Esq.                  Erick C. Howard
Schröder, Joseph & Associates, LLP          Joseph V. Mauch
392 Pearl Street, Suite 301                 Arthur J. Shartsis

1

Buffalo, New York 14202
Telephone No.: (716) 881-4900
Facsimile No.: (716) 881-4909
jfriedman@sjalegal.com

J. Todd Timmerman
Florida Bar No. 0956058
ttimmerman@slk-law.com
Mindi M. Richter
Florida Bar No. 0044827
mrichter@slk-law.com
Jeffrey B. Fabian
Florida Bar No. 0085868
jfabian@sIk-law.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard, Suite 2800
Tampa, Florida 33602
Telephone No.: (813) 229-7600
Facsimile No.: (813) 229-1660

*Attorneys for Plaintiff*
*The Ipe Clip Fastener Company, LLC*

Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Telephone No.: (415) 421-6500
ehoward@sflaw.com
jmauch@sflaw.com
ashartsis@sflaw.com

Michael J. Colitz, III
Florida Bar No. 164348
Gray Robinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Telephone No.: (813) 273-5000
Facsimile No.: (813) 273-5145
michael.colitz@gray-robinson.com

*Attorneys for Defendant*
*Simpson Strong-Tie Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2019, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send electronic

filing to all counsel of record.

/s/ Jennifer L. Friedman
Attorney